177 A.3d 122

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JOSEPH WATSON, DEFENDANT–PETITIONER.

C–438 September Term 2017
080215

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005066–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.